AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stafford, Jr., William H. | 2. Court or Organization<br><br>U.S. District Court, NDFL | 3. Date of Report<br><br>05/09/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>111 North Adams Street<br>Tallahassee, FL 32301-7717 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE | 09/08/09 to 09/13/09 | Gallatin, MT | Terrorism, Civil Liberty & National Security | Lodging and Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life Insurance Co. | A | Dividend | | | Redeemed | | J | B | |
| 2. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 3. Brokerage Account #1 | D | Int./Div. | N | T | | | | | |
| 4. - Morgan Stanley Bank Deposit Program (money market) | A | Interest | J | T | | | | | |
| 5. - Allied Capital Corp. common | A | Dividend | J | T | | | | | |
| 6. - AT&T Inc common | B | Dividend | K | T | | | | | |
| 7. - Blackrock Glbl Opp Eq Trst (closed end fund) | C | Dividend | K | T | | | | | |
| 8. - Cohen & Steers Select Utility Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 9. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | J | T | Sold (part) | 12/21/09 | J | A | |
| 10. - Genetech Inc common | | None | | | Redeemed | 04/24/09 | J | B | |
| 11. - Nuveen INSD Qual Muni Fund (closed end fund) | B | Interest | K | T | | | | | |
| 12. - Toyota Motor CP ADR common | A | Dividend | J | T | | | | | |
| 13. - Lehman Bros HLDG (preferred stock) | | None | J | T | | | | | |
| 14. - GMAC 8.000% (corporate bond) | B | Interest | K | T | | | | | |
| 15. - JPMCHASE Capital XVI (fixed-rate capital security) | B | Interest | K | T | | | | | |
| 16. - Unit Claymore Secs Closed-End Equity & Inc Ser (unit trst) | B | Dividend | J | T | | | | | |
| 17. - NVIDIA common | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - S&P 500 Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 19. - Banco Bilbao VIZ ARG SA ADS common | A | Dividend | J | T | Sold (part) | 4/27/09 | J | A | |
| 20. - Covidien LTD common | A | Dividend | J | T | | | | | |
| 21. - Diamond Trust Series 1 (ETF) | A | Dividend | J | T | | | | | |
| 22. - Duke Energy common | A | Dividend | J | T | | | | | |
| 23. - General Electric common | A | Dividend | J | T | | | | | |
| 24. - Goodyear Tire & Rubber common | | None | J | T | | | | | |
| 25. - Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 26. - Spectra Energy common | A | Dividend | J | T | | | | | |
| 27. - Tanger Factory common | A | Dividend | J | T | | | | | |
| 28. - TYCO Electronics common | A | Dividend | J | T | | | | | |
| 29. - TYCO Intl common | A | Dividend | J | T | | | | | |
| 30. - Wal Mart common | A | Dividend | J | T | | | | | |
| 31. - Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 32. - Discover Bank CD | A | Interest | | | Buy | 05/08/09 | K | | |
| 33. | | | | | Sold | 05/13/09 | J | A | |
| 34. | | | | | Redeemed | 11/13/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Beal Bank Plano TX CD | | | | | Buy | 05/08/09 | J | | |
| 36. | | | | | Redeemed | 11/11/09 | J | A | |
| 37. IRA's - (Aggregate Ownership) | C | Dividend | M | T | | | | | |
| 38. - Morgan Stanley Bank Deposit Program (money market) | | | | | | | | | |
| 39. - Templeton Developing Markets A (mutual fund) | | | | | Buy (add'l) | 04/17/09 | J | | |
| 40. - PIMCO Total Return A (mutual fund) | | | | | | | | | |
| 41. - Allianz NFJ Small Cap Value A (mutual fund) | | | | | Buy (add'l) | 01/16/09 | J | | |
| 42. | | | | | Sold | 10/02/09 | J | | |
| 43. - ING Intl Value A (mutal fund) | | | | | Buy (add'l) | 01/16/09 | J | | |
| 44. | | | | | Sold | 02/02/09 | K | | |
| 45. - T Rowe Price Eq Inc (mutual fund) | | | | | Buy (add'l) | 01/16/09 | J | | |
| 46. | | | | | Buy (add'l) | 04/17/09 | J | | |
| 47. - Blackrock Intermediate Bond (mutual fund) | | | | | Sold (part) | 01/16/09 | J | | |
| 48. - Virtus Multi-Sector Short Term Bond Fund (mutual fund) | | | | | Sold (part) | 01/16/09 | J | | |
| 49. | | | | | Sold (part) | 04/17/09 | J | | |
| 50. - Legg Mason Partners Global Hi Yld Bond A (mutual fund) | | | | | | | | | |
| 51. - Allianz CCM Mid-Cap A (mutual fund) | | | | | Buy (add'l) | 01/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/17/09 | J | | |
| 53. | | | | | Buy (add'l) | 10/16/09 | J | | |
| 54. - Columbia Marsico Growth A (mutual fund) | | | | | Buy (add'l) | 01/16/09 | J | | |
| 55. | | | | | Buy (add'l) | 04/17/09 | J | | |
| 56. - MSIF Trst US Small Cap Value P (mutual fund) | | | | | Buy | 10/02/09 | J | | |
| 57. - Allianz NFJ INTL Value A (mutual fund) | | | | | Buy | 02/02/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Many of the entries from previous reports were, and continue to be, held in IRA's and are reported under the Aggregate of Ownership Arrangement.

Part VII, Page 4, line 1 of the 2008 Financial Disclosure Report and the 2009 Report was cashed in January of 2008; but, the redemption was not reported on the 2008 Disclosure Form.

Part VII, Page 4, line 3 of the 2008 Report was dropped because it no longer meets reporting requirements.

Part VII, Page 4, line 3 - Brokerage Account #1 and #2 from the 2008 Report were merged into one account in 2009; therefore, Part VII, Page 5, line #23 and #24 from the 2008 report have been dropped.

Part VII, Page 4, line 7 - Blackrock World Investment Trust from the 2008 Report (Part VII, Page 4, line 12) was merged into the Blackrock Global Opportunity Equity Trust on 07/28/2009.

Part VII, Page 4, line 9 - DWS Dreman Value Inc Edge Fund was held in both Brokerage Account #1 and #2 last year. Both holdings have been merged together in this year's Report; therefore, Part VII, Page 5, line 30 from last year's report has been deleted.

Part VII, Page 4, line 17 - NVIDIA Corp common was held in both Brokerage Account #1 and #2 in 2008. Both holdings have been merged together in this year's Report; therefore, Part VII, Page 5, line 34 from the 2008 Report has been deleted.

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/09/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544